IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T.P.R. by and through his parent DONNA PATTERSON-RUDOLPH, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CIVIL ACT. NO. 2:08CV813-WKW |
| LEWIS WASHINGTON, *et al.*, ) ) ) ) | |
| Defendants. ) | |

**ORDER**

On October 6, 2008, T.P.R., by and through his mother Ms. Patterson-Rudolph**,** brought this action challenging the initial suspension and subsequent withdrawal of T.P.R. from Sidney Lanier High School.  (Doc. No. 1.)  On April 23, 2009, this court dismissed the plaintiff's IDEA claims and determined that the plaintiff's claim that the defendants violated the Due Process Clause would proceed.  (Doc. No. 19.)  Pursuant to Fed.R.Civ.P. 17(a)(1), "[a]n action must be prosecuted in the name of the real party in interest."  Accordingly, it is

ORDERED that on or before May 13, 2010, the parties shall show cause why this case should not be dismissed because it is not being prosecuted by the real party in interest.  If the plaintiff fails to file a response as ordered by this court, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend

that this action be dismissed.

Done this 28th day of April, 2010.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE