IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T.P.R., by and though his parent, ) | |
| DONNA PATTERSON-RUDOLPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08cv813-WKW |
| ) | |
| MONTGOMERY PUBLIC SCHOOLS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 26, 2010, the Magistrate Judge filed a Recommendation in this case. (Doc. # 43.)  On June 9, 2010, Plaintiff T.P.R., "by and through his parent Donna Patterson-Randolph," filed objections on June 9, 2010. (Doc. # 44.)  Upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(C), the objection lacks merit for the reasons set forth in the Magistrate Judge's Recommendation.[1]  Accordingly, it is ORDERED as follows:

1.  The objections (Doc. # 44) are OVERRULED.

2.  The Recommendation (Doc. # 43) is ADOPTED.

---

[1] The objections mirror the arguments made by Plaintiff in response to the Magistrate Judge's show cause Order entered on April 28, 2010 (Doc. # 41).  The argument that the statute of limitations would have expired if Ms. Patterson-Randolph had not filed this action on behalf of her minor son is incorrect. (Doc. # 44, at 2.)  As previously noted by the Magistrate Judge, "under Alabama law, the statute of limitations is tolled until a minor reaches the age of majority, 19." (Doc. # 40, at 1.)

3.     This action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate judgment will be entered.

DONE this 17th day of June, 2010.

                                          /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE